**Form BLdfnld7** (12/01/2007)

# United States Bankruptcy Court

Eastern District of New York  
271 Cadman Plaza East, Suite 1595  
Brooklyn, NY 11201−1800

---

| | |
|---|---|
| IN RE: | CASE NO: 1−09−41469−jf |
| William Botero            Claribel Botero | |
| 57 Madison Ave            57 Madison Ave  Staten Island, NY 10314  Staten Island, NY 10314 | |
| Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address. | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−3506            xxx−xx−1528 | |
| DEBTOR(s) | |

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on February 27, 2009; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Lori Lapin Jones (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

BY THE COURT

Dated: June 3, 2009              s/ Jerome Feller  
                                 United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**Form BLdfnld7**(12/01/2007)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: ggriffith             Page 1 of 1                  Date Rcvd: Jun 03, 2009
Case: 09-41469                Form ID: 262                Total Served: 26
```

The following entities were served by first class mail on Jun 05, 2009.
```
db/jdb        +William Botero,   Claribel Botero,   57 Madison Ave,   Staten Island, NY 10314-1525
smg           +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
                Brooklyn, NY 11201-1833
smg           +NYC Department of Finance,   345 Adams Street, 3rd Floor,   Attn: Legal Affairs - Devora Cohn,
                Brooklyn, NY 11201-3719
smg           +NYS Department of Taxation & Finance,   Bankruptcy Unit,   PO Box 5300,   Albany, NY 12205-0300
smg           +NYS Unemployment Insurance,   Attn: Insolvency Unit,   Bldg. #12, Room 256,
                Albany, NY 12240-0001
6079520       +CitiFinancial,   Attn. Centralized Bankruptcy,   P O Box 20507,   Kansas City, MO 64195-0507
6079521        Countrywide Home Loans,   SVB-314 P O Box 5170,   Simi Valley, CA 93062-5170
6120321        Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,   Detroit MI 48225-0953
6079528        Osceola County Taxing Authorities,   P O Box 422366,   Kissimmee, FL 34742-2366
6079530       +Sears Card,   Card Service Center,   P O Box 6282,   Sioux Falls, SD 57117-6282
6079529       +Sears Card,   Card Service Center,   P O Box 6283,   Sioux Falls, SD 57117-6283
6079531        Tribute,   P O Box 105555,   Atlanta, GA 30348-5555
6079534       +Westgate Town Center,   2801 Winter Garden Road,   Ocoee, FL 34761-2965
```

The following entities were served by electronic transmission on Jun 03, 2009.
```
6079516        EDI: BANKAMER.COM Jun 03 2009 15:23:00      Bank Of America,   PO Box 45224,
                Jacksonville, FL 32232-5224
6079515       +EDI: BANKAMER.COM Jun 03 2009 15:23:00      Bank Of America,   Attn Bankruptcy Dept,
                P O Box 26012,   Greensboro, NC 27420-6012
6079517       +EDI: BANKAMER.COM Jun 03 2009 15:23:00      Bank Of America/World Points,   Attn Bankruptcy Dept,
                P O Box 26012,   Greensboro, NC 27420-6012
6079518        EDI: CAPITALONE.COM Jun 03 2009 15:23:00      Capital One Bank,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
6079519        EDI: RMSC.COM Jun 03 2009 15:23:00      Care Credit/GE Money Bank,   P.O. Box 981438,
                El Paso, TX 79998-1438
6079522        EDI: FORD.COM Jun 03 2009 15:23:00      Ford Motor Credit Co,   P O Box 542000,
                Omaha, NE 68154-8000
6079524        EDI: HFC.COM Jun 03 2009 15:23:00      Household Bank,   P O Box 17051,
                Baltimore, MD 21297-1051
6079523        EDI: HFC.COM Jun 03 2009 15:23:00      Household Bank,   P O Box 8800,   Baltimore, MD 21288-0001
6079525        EDI: CBSKOHLS.COM Jun 03 2009 15:23:00      Kohl's,   PO Box 3043,   Milwaukee, WI 53201-3043
6079526        EDI: RMSC.COM Jun 03 2009 15:23:00      Lowe's,   P.O. Box 530914,   Atlanta, GA 30353-0914
6079527        EDI: TSYS2.COM Jun 03 2009 15:23:00      Macy's,   PO Box 183083,   Columbus, OH 43218-3083
6079532        EDI: CHASE.COM Jun 03 2009 15:23:00      Washington Mutual,   PO Box78065,
                Phoenix, AZ 85062-8065
6079533        EDI: CHASE.COM Jun 03 2009 15:23:00      Washington Mutual Card Services,   P.O. Box 660509,
                Dallas, TX 75266-0509
                                                                                                TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 05, 2009**                              **Signature:**    _Joseph Speetjens_